# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CRAIG ALFORD,** | : | No. 3:13cv435 |
| Petitioner | : | |
| v. | : | (Judge Munley) |
| | : | |
| **PENNSYLVANIA DEPARTMENT OF CORRECTIONS,** | :(Magistrate Judge Mehalchick) |
| | : | |
| Respondent | : | |

## **ORDER**

**AND NOW**, to wit, this 28th day of January 2014, it is hereby **ORDERED** as follows:

1) The magistrate judge's report and recommendation (Doc. 44) is **ADOPTED**;

2) The petition for a writ of habeas corpus (Doc. 1) is **DENIED and DISMISSED WITH PREJUDICE**;

3) The motion pursuant to 28 U.S.C. § 2403 is **DENIED**;

4) The court declines to issue a certificate of appealability and

5) The Clerk of Court is directed to close this case.

                                              **BY THE COURT:**

                                              **s/ James M. Munley**
                                              **JUDGE JAMES M. MUNLEY**
                                              **United States District Court**